THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Matthew L. Singletary, Appellant.
 
 
 

Appeal From Florence County
 James E. Brogdon, Jr., Circuit Court Judge
Unpublished Opinion No. 2007-UP-335
Submitted June 1, 2007  Filed June 28, 2007    

APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek , of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster
 Chief Deputy Attorney General John W. McIntosh
 Assistant Deputy Attorney General Donald J. Zelenka, of Columbia, Edgar Lewis Clements, III , of Florence, for Respondent.
 
 
 

PER CURIAM:  Matthew Singletary was convicted of murder, kidnapping, and criminal conspiracy.  The trial court sentenced him to sixty years imprisonment for murder, thirty years for kidnapping, and five years imprisonment for criminal conspiracy. On appeal, counsel for appellant has filed a final brief along with a petition to be relieved as counsel.  Appellant has filed a pro se response.          After a thorough review of the record pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's petition to be relieved.[1]
APPEAL DISMISSED.
STILWELL, SHORT, and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.